# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DERAVIOUSE DEVONNE PEASE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2376

_____

November 21, 2025

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Blair Allen, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Lara E. Breslow, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


KHOUZAM, MORRIS, and LABRIT, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.